970 A.2d 1044

NEW JERSEY DIVISION OF YOUTH AND FAMILY
SERVICES, PLAINTIFF–RESPONDENT, v. S.A.
(FATHER), DEFENDANT–PETITIONER.

IN THE MATTER OF THE GUARDIANSHIP OF S.A., A MINOR.

November 21, 2008.

970 A.2d 1044

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
PETER J. O'BRIEN, DEFENDANT–PETITIONER.

April 1, 2009.

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-1690-06 having been submitted to this Court, and the Court having considered the same;

And an Order granting certification and remanding the matter to the Appellate Division having been improvidently entered on March 20, 2009;

And good cause appearing;

IT IS ORDERED that the Court's Order of March 20, 2009, is vacated; and it is further

ORDERED that the petition for certification is granted.